396 F.2d 952
 Vincent LEE, Appellant,
v.
Sherman H. CROUSE, Warden, Kansas State Penitentiary, Appellee.
 No. 9667.
 United States Court of Appeals Tenth Circuit.
 March 27, 1968, Rehearing Denied April 30, 1968.
 
 Vincent Lee, pro se.
 Robert C. Londerholm, Atty. Gen., and Daniel D. Metz, Asst. Atty. Gen., for appellee.
 Before PICKETT, LEWIS and HICKEY, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment is affirmed for the reasons stated in the district court's memorandum opinion. See 284 F.Supp. 541.